IN THE UNITED STATES DISTRICT COURT
FOR THE SOUTHERN DISTRICT OF GEORGIA
AUGUSTA DIVISION

| | |
|---|---|
| JOHN DOE, | ) |
| | ) |
| PLAINTIFF, | ) |
| | ) |
| v. | ) CIVIL ACTION NO. 1:24-cv-00147-JRH-BKE |
| | ) |
| RICHMOND COUNTY SCHOOL SYSTEM; RICHMOND COUNTY BOARD OF EDUCATION; DR. BERNARD CHATMAN, in his individual capacity; MR. MARCUS JACKSON, in his Individual capacity; and MS. DAWN PHILLIPS, in her individual capacity, | ) |
| | ) |
| DEFENDANTS. | ) |

## REQUEST TO WITHDRAW AS COUNSEL

COMES NOW Troy A. Lanier who, along with co-counsel William L. Fletcher, Jr., has entered an appearance on behalf of all defendants, and pursuant to Local Rule 83.7 of the Local Rules for the United States District Court for the Southern District of Georgia, requests permission to withdraw as counsel for Dawn Phillips, one of the Defendants.

Troy A. Lanier provided notice to Dawn Phillips at least fourteen (14) days prior to the filing of this Request. Notice to Defendant Dawn Phillips was provided through written correspondence mailed via certified mail on November 1, 2024 and

via e-mail dated November 1, 2024.  A copy of the Notice to Dawn Phillips is attached hereto.

Attorney William L. Fletcher, Jr. will remain as counsel for Defendant Phillips.

Troy A. Lanier mailed and e-mailed to Dawn Phillips a copy of this request for permission to withdraw as counsel on the same date it was filed with the Clerk of Court.

Respectfully submitted, this 20th day of November, 2024.

COUNSEL FOR DEFENDANTS:

/s/ *Troy A. Lanier*
Troy A. Lanier
Georgia Bar No. 437775

Troy A. Lanier, P.C.
430 Ellis Street
Augusta, Georgia 30901
706-823-6800
tlanier@tlanierlaw.com

IN THE UNITED STATES DISTRICT COURT
FOR THE SOUTHERN DISTRICT OF GEORGIA
AUGUSTA DIVISION

| | |
|---|---|
| JOHN DOE, | ) |
| | ) |
| PLAINTIFF, | ) |
| | ) |
| v. | ) CIVIL ACTION NO. 1:24-cv-00147-JRH-BKE |
| | ) |
| RICHMOND COUNTY SCHOOL SYSTEM; RICHMOND COUNTY BOARD OF EDUCATION; DR. BERNARD CHATMAN, in his individual capacity; MR. MARCUS JACKSON, in his Individual capacity; and MS. DAWN PHILLIPS, in her individual capacity, | ) ) ) ) ) ) ) |
| | ) |
| DEFENDANTS. | ) |

**CERTIFICATE OF SERVICE**

The undersigned certifies that he has served a copy of the foregoing on all counsel by filing the same into the CM/ECF system for the Southern District of Georgia and/or by placing a true and exact copy of same in the United States Mail, addressed to attorney of plaintiff, with sufficient postage thereon to carry the same to its destination to the following as follows:

> The Law Offices of Tanya D. Jeffords and Associates, P.C.
> Tanya D. Jeffords & Erin E. Wingo
> 437 Walker Street
> Augusta, Georgia 30901
> *tjeffords@jeffordslaw.com*
> *erin@jeffordslaw.com*

      William L. Fletcher, Jr.
      Fletcher, Harley & Fletcher, LLP
      3529 Walton Way Extension
      Augusta, Georgia 30909
      *willfletcher@fhflaw.com*

This 20th day of November, 2024.

            */s/ Troy A. Lanier*
            Troy A. Lanier
            Georgia Bar No. 437775

Troy A. Lanier, P.C.
430 Ellis Street
Augusta, Georgia 30901
706-823-6800
*tlanier@tlanierlaw.com*