IN THE UNITED STATES DISTRICT COURT

FOR THE SOUTHERN DISTRICT OF GEORGIA

AUGUSTA DIVISION

JOHN DOE,                                      )
                                               )
            Plaintiff,                         )
                                               )
      v.                                       )          CV 124-147
                                               )
RICHMOND COUNTY SCHOOL SYSTEM;                 )
RICHMOND COUNTY BOARD OF                       )
EDUCATION; DR. BERNARD CHATMAN;                )
MR. MARCUS JACKSON; and MS. DAWN               )
PHILLIPS,                                      )
                                               )
            Defendants.                        )

---

**O R D E R**

---

In consideration of the Federal Education Rights and Privacy Act ("FERPA"), codified at 20 U.S.C. § 1232g, the discussion held at the May 22, 2025 teleconference, and Defendants' proposed order, Plaintiff's motion to compel is **GRANTED** subject to the process described below. (Doc. no. 38.) However, the Court modifies Defendants' proposed order and notice to reflect that objections should be sent directly to the Court rather than to defense counsel.

1. The Court hereby adopts the process set forth below for the Parties to notify the student of the potential disclosure of his/her educational records protected by FERPA and of his/her opportunity to object to disclosure, and for resolution of any objections. References to "student" shall refer to current or former Richmond County School System ("RCSS") student identified by initials "J.B.", whose full name is known to the Parties, and, in the case of that student being under the age of

eighteen, refer to his/her parent or legal guardian. Notice shall be provided to affected students as follows:

2. Within fourteen (14) days from the date of entry of this Order, RCSS will send written notice of the potential disclosure of educational records protected by FERPA and of the opportunity to object to such disclosure using any contact information known to it, or reasonably made available to it, or through RCSS's last known address for the student. The notice used in this case shall state the following:

> This letter is sent to notify you of the potential disclosure by the Richmond County School System ("RCSS") of your educational records pursuant to a court order by the United States District Court for the Southern District of Georgia, and to advise you of your right to object to disclosure of these records. The records that may be released include documents and information related to the claims or defenses raised in a lawsuit filed against RCSS and some of its administrators.

> The lawsuit is a civil suit that was filed against the RCSS and other school defendants on behalf of a former student identified only as John Doe, Case No. 1:24-cv-00147-JRH-BKE, filed in the United States District Court for the Southern District of Georgia. You are not a party to the lawsuit.

> According to the Family Educational Rights and Protection Act of 1974 ("FERPA"), RCSS is required to notify students and former students of the potential disclosure of educational records that include student identifying information. *See* 20 U.S.C. § 1232g. Educational records are defined by FERPA to include "records, files, documents, and other material which; (i) contains information directly related to the student; and (ii) are maintained by the educational agency." 20 U.S.C. § 1232g(a)(4)(A). RCSS is an educational agency under FERPA. Records that might be disclosed in the lawsuit include academic records, discipline records, communications among RCSS and school administrators and staff about students, and other documents and materials.

> If you wish to object to the release of your educational records by RCSS, you or an attorney acting on your behalf must send a written objection to disclosure within twenty-one (21) days of the date of this letter to: United States Magistrate Judge Brian K. Epps, Southern District of Georgia, Post Office Box 1504, Augusta, Georgia 30903. You may also send your objection to the Court via email to Courtnay_Capps@gas.uscourts.gov. Upon receipt of any objections, the Court will review the objections and determine whether they should be

publicly filed on the docket or whether they should be filed under seal, such that they are viewable only by the Court and the parties to the lawsuit, in accordance with Local Rule 79.7.

Please note that RCSS and its attorneys are not able to provide legal advice to current or former RCSS students. If you have questions about the potential disclosure of records identified in this Notice, please consult with your own attorney.

3.

   a. If no timely objection was received, Counsel for Defendants shall provide the requested records of the student within fourteen (14) days of the expiration of the time for objections.

   b. If a timely objection was received, the Court will conduct an *in camera* review of the records to balance Plaintiff's need for disclosure against the objecting student's interest in privacy. The Court will issue an order either granting or denying disclosure and which may include any additional necessary explanation of the basis of the Court's rulings.

SO ORDERED this 13th day of June, 2025, at Augusta, Georgia.

BRIAN K. EPPS
UNITED STATES MAGISTRATE JUDGE
SOUTHERN DISTRICT OF GEORGIA