IN THE UNITED STATES DISTRICT COURT

FOR THE SOUTHERN DISTRICT OF GEORGIA

AUGUSTA DIVISION

| | | |
|---|---|---|
| JOHN DOE, | ) | |
| | ) | |
| Plaintiff, | ) | |
| | ) | |
| v. | ) | CV 124-147 |
| | ) | |
| RICHMOND COUNTY SCHOOL SYSTEM; | ) | |
| RICHMOND COUNTY BOARD OF | ) | |
| EDUCATION; DR. BERNARD CHATMAN; | ) | |
| MR. MARCUS JACKSON; and MS. DAWN | ) | |
| PHILLIPS, | ) | |
| | ) | |
| Defendants. | ) | |

------------

**O R D E R**

------------

After the May 22, 2025 teleconference on Plaintiff's motion to compel production of former student J.B.'s school disciplinary records, the Court granted the motion subject to compliance with the Federal Education Rights and Privacy Act ("FERPA"), codified at 20 U.S.C. § 1232g.  (See doc. nos. 38, 40, 42.)  Pursuant to the FERPA process, Defendants sent notice to J.B. regarding the potential disclosure of his educational records, (doc. no. 43), and J.B. timely objected to disclosure, (doc. no. 44).  Accordingly, the Court will conduct an *in camera* review of the records to balance Plaintiff's need for disclosure against J.B.'s interest in privacy.  (Doc. no. 42, p. 3.)

Defendants shall submit to the Court for *in camera* inspection the unredacted disciplinary records of J.B. sought by Plaintiff and as discussed at the teleconference by no later than 5:00 p.m. on Monday, August 4, 2025.  Defendants shall provide the documents to

the Court with proposed redactions highlighted in yellow via email to the courtroom deputy clerk,

Courtnay_Capps@gas.uscourts.gov.

SO ORDERED this 21st day of July, 2025, at Augusta, Georgia.

BRIAN K. EPPS
UNITED STATES MAGISTRATE JUDGE
SOUTHERN DISTRICT OF GEORGIA