IN THE UNITED STATES DISTRICT COURT

FOR THE SOUTHERN DISTRICT OF GEORGIA

AUGUSTA DIVISION

| | | |
|---|---|---|
| JOHN DOE, | ) | |
| | ) | |
| Plaintiff, | ) | |
| | ) | |
| v. | ) | CV 124-147 |
| | ) | |
| RICHMOND COUNTY SCHOOL SYSTEM; | ) | |
| RICHMOND COUNTY BOARD OF | ) | |
| EDUCATION; DR. BERNARD CHATMAN; | ) | |
| MR. MARCUS JACKSON; and MS. DAWN | ) | |
| PHILLIPS, | ) | |
| | ) | |
| Defendants. | ) | |

**O R D E R**

Defendants submitted J.B.'s high school disciplinary records for *in camera* review in accordance with the Federal Education Rights and Privacy Act ("FERPA"). (See doc. nos. 42, 45, 46); see also 20 U.S.C. § 1232g. Following *in camera* inspection and an *ex parte* teleconference with defense counsel regarding the scope of, and proposed redactions to, the records, (doc. no. 47), the Court **APPROVES** release of the records to Plaintiff with the redactions approved during the teleconference.

"[W]hen addressing objections to the disclosure of educational records, courts have permitted discovery only when the party requesting the records has met a 'significantly heavier burden' to show that its interests in obtaining the records outweighs the significant privacy interest of the student[]." Alig-Mielcarek v. Jackson, 286 F.R.D. 521, 526 (N.D. Ga. 2012); see also Doe v. Rollins Coll., No. 618CV1069ORL37LRH, 2019 WL 11703979, at *5 (M.D.

Fla. Apr. 10, 2019) ("In considering whether to require production of documents subject to FERPA, '[t]he Court must balance the student's privacy interest against the plaintiffs' need for the information and order disclosure only if the plaintiffs' need for the information outweighs the student's privacy interest.'" (citation omitted)).  Here, although J.B. objects to disclosure, (doc. no. 44), Plaintiff's need for this information outweighs J.B.'s privacy interest in the records.  The four educational records at issue are relevant and proportional to the underlying alleged facts and Plaintiff's claims, and they are appropriately limited to the topic of J.B.'s high school disciplinary history.  The proposed redactions also help preserve J.B.'s privacy.

Accordingly, the Court **ORDERS** production of the records with the approved redactions by Friday, August 15, 2025.  The Court **DIRECTS** the **CLERK** to serve this Order on J.B. by U.S. Mail using the mailing address contained in J.B.'s objections.  (See doc. no. 44.)

SO ORDERED this 8th day of August, 2025, at Augusta, Georgia.

_____
BRIAN K. EPPS
UNITED STATES MAGISTRATE JUDGE
SOUTHERN DISTRICT OF GEORGIA