AO 450 (GAS Rev 09/20) Judgment in a Civil Case

# United States District Court
## *Southern District of Georgia*

JOHN DOE,

JUDGMENT IN A CIVIL CASE

V.

CASE NUMBER: 1:24-cv-00147

RICHMOND COUNTY BOARD OF EDUCATION,
et al..

☐ **Jury Verdict.** This action came before the Court for a trial by jury. The issues have been tried and the jury has rendered its verdict.

☑ **Decision by Court.** This action came before the Court. The issues have been considered and a decision has been rendered.

**IT IS ORDERED AND ADJUDGED**

that, in accordance with the Order signed September 17, 2026, judgment is entered in favor of Defendants Richmond County Board of Education, Bernard Chatman, Marcus Jackson, Dawn Phillips, and Richmond County School System on the following claims: Count 2: § 1983 Due Process claims against all Defendants; § 1983 Equal Protection claims against Defendants School System and Board; and § 1983 Failure to Train claims against Defendants School System and Board.

9/17/2026
*Date*

John E. Triplett, Clerk of Court
*Clerk*

*(By) Ann Duke, Deputy Clerk*